

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

**\*AMENDED**

November 19, 2008

Gwynn X. Kinsey Jr., Esq.
Frederick E. Martin, Esq.
Anne L. Saunders, Esq.
Michael Wiseman, Esq.

RE: USA v. Hammer
Case Numbers: 06-9000/**06-9001**
District Case Number: 96-cr-00239

Dear Counsel:

   The Court has directed me to advise you that oral argument in the above-entitled case is scheduled on the merits on **Wednesday, January 14, 2009.** Counsel will be allotted  **30**  minutes oral argument time for each side, pursuant to Rule 12(6) of the Rules of this Circuit. Court will convene at **10:00 A.M.** in **The Albert Branson Maris Courtroom** (19th Floor, U.S. Courthouse, 6th & Market Sts.)  Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

   Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.  The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website.

   Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form) with the Clerk's Office to the following email address at scheduling@ca3.uscourts.gov or by mail to the above address.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Tiffany Washington*
Tiffany Washington, Calendar Clerk
267-299-4905

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **McKEE, RENDELL and NYGAARD, Circuit Judges**